**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Axinicuilteco Huizache, | No. CV-25-02387-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

On December 8, 2025, defendant Joseph Edlow, Director of the United States Citizenship and Immigration Services, filed a motion to dismiss. (Doc. 17.) That motion argued the court lacked jurisdiction and the complaint did not state a claim for relief. Plaintiff David Axinicuilteco Huizache's opposition was due January 12, 2026. No opposition was filed.

Local Rule 7.2(i) allows the court to summarily grant a motion to dismiss when no opposition is filed. Pursuant to that rule, the motion is granted. But even if the court were to reach the merits, defendant appears to be correct that this court lacks jurisdiction to issue some of the relief Huizache seeks. *See N-N v. Mayorkas*, 540 F. Supp. 3d 240, 255-58 (E.D.N.Y. 2021) (court lacked jurisdiction to review claim alleging failure to make "bona fide" determination). And to the extent Huizache is seeking a form of relief the court could order, he has not sufficiently alleged unreasonable delay in adjudicating his application. *See id*. at 260-64 (applying factors discussed in *Telecommunications Rsch. & Action Ctr. v. F.C.C.*, 750 F.2d 70 (D.C. Cir. 1984) ("*TRAC* factors")). Based on the limited

1    information available, the "*TRAC* factors" establish Huizache would not be entitled to

2    relief. *See id.*

3              Accordingly,

4              **IT IS ORDERED** the Motion to Dismiss (Doc. 17) is **GRANTED**. The complaint

5    is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter judgment and

6    close this case.

7              Dated this 21st day of January, 2026.

8

9

10

**Honorable Krissa M. Lanham**
**United States District Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28